[No. 17188-4-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DONALD MENDENHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 96-1-00089-7, Wallis W. Friel, J., entered December 5, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[Nos. 17413-1-III; 17414-0-III.    Division Three.    September 9, 1999.]

*In the Matter of the Marriage of* SUSAN J. BROWNELL, *Appellant*, and EDWARD R. SMITH, *Respondent*.

*In the Matter of the Marriage of* JULIE H. SMITH, *Respondent*, and GREGORY R. BROWNELL, *Appellant*.

Appeals from judgments of the Superior Court for Whitman County, Nos. 97-3-00092-2 and 91-3-00155-6, Richard W. Miller, J., entered March 19 and 24, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17444-1-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE OSCAR JIMENEZ-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 98-1-00002-7, John E. Bridges, J., entered April 10, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17589-8-III.    Division Three.    September 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE OWEN BURBANK, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 97-1-00052-1, Larry M. Kristianson, J., entered May 18, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.